ACCEPTED
03-15-00464-CV
8036292
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/1/2015 2:57:16 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00464-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/1/2015 2:57:16 PM
JEFFREY D. KYLE
Clerk

_____

VICTORY CHEVAL HOLDINGS, LLC, GARRETT JENNINGS
AND CASTLE CROWN MANAGEMENT, LLC,

Appellants

v.

DENNIS ANTOLIK, VICTOR ANTOLIK
and CHEVAL MANOR, INC.,

Appellees

---

**APPELLEES' AGREED MOTION FOR
SECOND EXTENSION OF DEADLINE TO FILE
SUPPLEMENTAL CLERK'S AND REPORTER'S RECORDS**

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees Dennis Antolik and Cheval Manor, Inc. ("Appellees") file this motion to extend the deadline to file supplemental clerk's and reporter's records from the hearing on the cross motions for contempt referred to the trial court by this Court. The parties have not submitted a supplemental record from the contempt hearing, because that hearing has not yet occurred. Because has been continued to January 6, 2016, Appellees respectfully request that the supplemental

8590-02/00541175.000

1

record deadline be extended until January 20, 2016.

This an interlocutory appeal from a temporary injunction. Both sides have filed motions for contempt, which this Court referred to the trial court for hearing in orders issued on September 10 and 28, 2015. At the request of the parties, the Court previously extended the deadline to submit supplemental clerk's and reporter's records to November 24, 2015.

After extensive negotiations, the parties have agreed on a general framework that they believe will finally resolve all disputes between the parties, including this appeal and the contempt motions. Because the parties are still finalizing the details of their settlement, they agreed to continue the contempt hearing until January 6, 2016. The trial court also requested that it be allowed two weeks after the hearing to prepare the supplemental clerk's and reporter's records. The parties missed the November 24, 2015 supplemental record deadline because they and the trial court's staff were still trying to coordinate a date on which to reset the contempt hearing, which was not settled until the day of the filing of this motion.

**PRAYER**

Accordingly, Appellees Dennis Antolik and Cheval Manor, Inc. respectfully request that the Court extend the deadline for all parties to submit the supplemental clerk's and reporter's records from the contempt hearing until January 20, 2016.

Respectfully submitted,

TAUBE SUMMERS HARRISON
TAYLOR MEINZER BROWN LLP

By: */s/ Cleveland R. Burke*
    Mark C. Taylor
    State Bar No. 19713225
    Cleveland R. Burke
    State Bar No. 24064975
    100 Congress Avenue, 18th Floor
    Austin, Texas 78701
    (512) 472-5997
    (512) 472-5248 (FAX)
    mtaylor@taubesummers.com
    cburke@taubesummers.com

    ATTORNEYS FOR DENNIS ANTOLIK
    AND CHEVAL MANOR, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred via email with Appellee Victor Antolik's attorney Jack Bacon and Appellants' attorneys Kemp Gorthey and Peyton Smith, all of whom agreed to the relief sought in this motion.

*/s/ Cleveland R. Burke*
Cleveland R. Burke

8590-02/00541175.000

## CERTIFICATE OF SERVICE

I hereby certify that the counsel listed below were served with a true and correct copy of the foregoing motion via eFile.TXCourts.gov on December 1, 2015:

Kemp Gorthey
The Gorthey Law Firm
604 W. 12th Street
Austin, Texas 78701
kemp@gortheylaw.com
*Counsel for Appellants Garrett Jennings and Castle Crown Management, LLC*

Jack Bacon
3839 Bee Caves Rd., Ste. 100
Austin, Texas 78746
hotbacon@me.com
*Counsel for Appellee Victor Antolik*

Peyton N. Smith
Brian L. King
Reed & Scardino LLP
301 Congress Avenue, Suite 1250
Austin, Texas 78701
psmith@reedscardino.com
bking@reedscardino.com
*Counsel for Appellant*
*Victory Cheval Holdings, LLC*

/s/ Cleveland R. Burke
Cleveland R. Burke